UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-MJA |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**PLAINTIFFS' SECOND NOTICE OF DEPOSITION OF TRAVIS MILLER
PURSUANT TO FED. R. CIV. P. 30(b)(1)**

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

DEPONENT:      Travis Miller

DATE:      Thursday, February 2, 2017

TIME:      9:30 a.m.

LOCATION:      Hotel Lumen Dallas
6101 Hillcrest Avenue
Dallas, Texas 75205

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiffs, by their undersigned counsel, will take the testimony of Travis Miller, by way of deposition upon oral examination before a notary public or other officer duly authorized to administer oaths.  Testimony given during the deposition will be recorded by sound or stenographic means.

- 1 -

Pursuant to Federal Rule of Civil Procedure 34, the Deponent shall bring with him for the purpose of inspection and/or copying, and/or questioning the complete records and documents relied upon by the Deponent to provide factual testimony.

Dated: January 4, 2017.                          BAILEY & GLASSER, LLP

                                                 By:   /s/ Jonathan R. Marshall
                                                     Jonathan R. Marshall
                                                     209 Capitol Street
                                                     Charleston, West Virginia  25301
                                                     Telephone:  (304) 345-6555
                                                     Facsimile:  (304) 342-1110
                                                     Email: jmarshall@baileyglasser.com

                                                 *Liaison Counsel*

                                                     John W. Barrett
                                                     BAILEY & GLASSER, LLP
                                                     209 Capitol Street
                                                     Charleston, West Virginia  25301
                                                     Telephone:  (304) 345-6555
                                                     Facsimile:  (304) 342-1110
                                                     Email: jbarrett@baileyglasser.com

                                                 TERRELL MARSHALL LAW GROUP PLLC

                                                 By: /s/ Beth E. Terrell
                                                     Beth E. Terrell
                                                     Mary B. Reiten
                                                     936 North 34th Street, Suite 300
                                                     Seattle, Washington  98103-8869
                                                     Telephone:  (206) 816-6603
                                                     Facsimile:  (206) 319-5450
                                                     Email:  bterrell@terrellmarshall.com
                                                     Email:  mreiten@terrellmarshall.com

                                                 *Co-Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I electronically transmitted and filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

*Liaison Counsel for Defendants*:

Jeffrey A. Holmstrand
GROVE HOLMSTRAND & DELK, PLLC
44-1/2 15th Street
Wheeling, West Virginia  26003
Telephone:  (304) 905-1961
Facsimile:  (304) 905-8628
Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

Jeffrey A. Holmstrand
GROVE HOLMSTRAND & DELK, PLLC
44-1/2 15th Street
Wheeling, West Virginia  26003
Telephone:  (304) 905-1961
Facsimile:  (304) 905-8628
Email: jholmstrand@grovedelklaw.com

Meryl C. Maneker
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
Email: mmaneker@wilsonturnerkosmo.com

I further certify that on January 4, 2017, I caused the foregoing to be mailed by the U.S.

Postal Service, from Seattle, Washington, postage prepaid, to the following:

Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211

Bryan Anthony Reo
7143 Rippling Brook Lane
Mentor, OH 44060

- 3 -

- 4 -

Dated: January 4, 2017.                     TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Beth E. Terrell
    Beth E. Terrell
    936 North 34th Street, Suite 300
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
    Facsimile:  (206) 319-5450
    Email:  bterrell@terrellmarshall.com

*Co-Lead Counsel for Plaintiffs*