FILED: February 21, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1222
(1:13-md-02493-JPB-JES)

_____

EDITH BOWLER; JANET HODGIN; MICHAEL HODGIN, individually and on behalf of all others similarly situated; KENNETH CLARK; DIANNA MEY, individually and on behalf of a class of all persons and entities similarly situated; JAMES GILES; JASON BENNETT; SANDRA FAIRLEY; SCOTT DOLEMBA, on behalf of plaintiff and a class; ALLEN BEAVER; DAKOTA DALTON; DIANE ELDER; MICHELLE WAKELEY; KEITH FINKLEA; TODD C. BANK; NEWTON VAUGHN, an individual; STEWART N. ABRAMSON; LAWRENCE TARIZZO, individually and on behalf of all others similary situated; DARREN R. NEWHART; BRANDON FRAZER; YVETTE CORRALEZ-ESTRADA-DIAZ; JOHN GERACI; SHANE MEYERS; MATTHEW BARGER; JEFFERY WAGY

   Plaintiffs - Appellants

 and

JAMES G. HOUGH, individually and on behalf of all others similarly situated; KERRY O'SHEA, on behalf of himself, and all others similarly situated; GEORGE CAIN, Individually and On Behalf of All Others Similarly Situated; MERRILL PRIMACK; PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated; STEWART MCCAW; NICHOLAS SHREDERS, on behalf of plaintiff and a class; JONATHAN MRAUNAC; VINCENT BRIZGYS; CRAIG CUNNINGHAM; KENNETH MOSER; BILL GARCIA; BRYAN ANTHONY REO; ANTHONY CHERTER; BRUCE RORTY

   Plaintiffs

v.

MONITRONICS INTERNATIONAL, INC.; UTC FIRE & SECURITY AMERICAS CORP., INC.; ALLIANCE SECURITY, INC., d/b/a AH Security,

Inc, formerly doing business as Versatile Marketing Solutions, Inc., d/b/a VMS Alarms; ALLIANCE SECURITY LLC, a Delaware limited liability company; ISI ALARMS NC INC., a North Carolina corporation; HONEYWELL INTERNATIONAL, INCORPORATED; KEVIN KLINK; JAYSON WALLER; JASJIT GOTRA, a/k/a Jay Gotra, individually and as an Officer of Versatile Marketing Solutions, Inc.; ALLIANCE SECURITY; JASJIT GOTRA, individually and as an officer of Versatile Marketing Solutions, Inc.; VERSATILE MARKETING SOLUTIONS, INC., d/b/a VMS Alarms, d/b/a VMS, d/b/a Alliance Security, d/b/a Alliance Home Protection, a California corporation

    Defendants - Appellees

and

VERSATILE MARKETING SOLUTIONS, INC., d/b/a VMS Alarms, d/b/a VMS Alliance Security, d/b/a Alliance Home Protection; LISA HADDAD, d/b/a CCA Services LLC, d/b/a Alarmillinois.com, d/b/a Alarmindiana.com; DOES 1-10; HOME SECURITY SOLUTIONS, INC; JOHN AND JANE DOES 1-10; BRIAN FABIANO; RYAN J. NEWCOMER; DOES 1-25; 2 GIG TECHNOLOGY; JASJIT, a/k/a Jay Gotra; SECURE 1 SYSTEMS; MIKE MAVARRO; UTC FIRE AND AMERICA'S CORPORATION; KATHY MCDONALD, a/k/a Kathy Mardaresco; THE ALTITUDE GROUP, LLC, d/b/a Core Home Security; KEVIN BRODY; TRAN CONSULTING GROUP, LLC; UNITED TECHNOLOGIES CORPORATION

    Defendants

COMPLIANCEPOINT, INC.

    Party-in-Interest

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
|---|---|
| Originating Case Number | 1:13-md-02493-JPB-JES |
| Date notice of appeal filed in originating court: | 02/14/2017 |

| Appellant (s)         |                                   |
|-----------------------|-----------------------------------|
| Appellate Case Number | 17-1222                           |
| Case Manager          | Richard H. Sewell<br>804-916-2702 |