IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:  MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER            CASE NO. 1:13MD2493--JPB-JES
PROTECTION ACT LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO:         *ALL CASES*

### ALLIANCE SECURITY, INC.'S
### EXPERT WITNESS DESIGNATION

Pursuant to this Court's "Order Following Status Conference" entered July 26, 2016 [ECF 713], Alliance Security, Inc. and Jasit Gotra (collectively "Alliance") file this Expert Witness Designation.

Alliance has retained the services of a consulting expert to review the findings and testimony of the Plaintiffs' experts who have been identified by the Plaintiffs but whose discovery deposition testimony[1] have not yet been taken due to discussions during and after Court Ordered mediation.  Alliance agrees to supplement this designation after the Plaintiffs' experts have completed their discovery depositions.  Until those depositions are completed, Alliance does not know whether it will require its consulting expert to provide testimony in tis civil action.

---

[1] Expert depositions were to occur by January 12, 2017 thereby allowing Defendants 6 weeks to review the testimony before Defendants' designations were required.  See ECF 713.

**ALLIANCE SECURITY, INC.,**

BY SPILMAN THOMAS & BATTLE, PLLC

/s/ John R. Teare, Jr.
Niall A. Paul (WV Bar No. 5622)
John R. Teare, Jr. (WV Bar No. 5547)
300 Kanawha Boulevard, East (Zip 25301)
Charleston, WV  25321-0273
304-340-3800
npaul@spilmanlaw.com
jteare@spilmanlaw.com

Christina S. Terek (WV Bar No. 9724)
Century Centre Building
1233 Main Street, Suite 4000
Wheeling, WV 26003
304-230-6962
cterek@spilmanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER                                   CASE NO. 1:13MD2493--JPB-JES
PROTECTION ACT LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO:            *ALL CASES*

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2017, I electronically filed the foregoing *Alliance Security, Inc.'s Expert Witness Designation"* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all current subscribers of the CM/ECF system.

> JONATHAN R. MARSHALL
> BAILEY & GLASSER, LLP - CHARLESTON
> 209 CAPITOL ST.
> CHARLESTON, WV 25301
> (304) 340-2287
> FAX: (304) 342-1110
> EMAIL: JMARSHALL@BAILEYGLASSER.COM
> **Plaintiffs' Liaison Counsel**
>
> JEFFREY A. HOLMSTRAND
> FLAHERTY SENSABAUGH BONASSO, PLLC
> P.O. BOX 6545
> WHEELING, WV 26003
> EMAIL: JHOLMSTRAND@FSBLAW.COM
> **Defendants' Liaison Counsel AND**
> **Counsel for Monitronics International, Inc.**

And upon the following by U.S. Mail:
> BRYAN ANTHONY REO
> 7143 RIPPLING BROOK LANE
> MENTOR, OH 44060
> **Plaintiff, Pro Se**

CRAIG CUNNINGHAM
5543 EDMONDSON PIKE
SUITE 248
NASHVILLE, TN 37211
**Plaintiff, Pro Se**


MICHAEL C. WORSHAM
1916 COSNER ROAD
FOREST HILLS, MD  21050
**Plaintiff, Pro Se**

    /s/ John R. Teare, Jr.
John R. Teare, Jr. (WV Bar No. 5547)